**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 07-cv-4346 PAM/RLE**

| | |
|---|---|
| Pamela Gates,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Giebel, Gilbert, Williams & Kohl, P.L.L.P.,<br><br>　　　　　　Defendant. | **ORDER** |

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　BY THE COURT

Dated:  March 27, 2008　　　　　 s/Paul A. Magnuson
　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　Judge of United States District Court